### In re SCHLUETER.

(Supreme Court, Appellate Division, First Department. January 19, 1900.)

APPEAL—USELESS DECISION—DISMISSAL.

> After an election has been held, objections to the sufficiency of a certificate of nomination do not disclose any question of moment, the decision of which would be likely to prevent future embarrassment or subsequent dissensions; and hence an appeal from an order sustaining such objections will be dismissed, where no question of costs is involved.

Appeal from special term, New York county.

Proceedings by Thomas Wright for the determination of the validity of a certificate of nomination of Herman Schlueter. From an order affirming the determination of the police commissioners, sustaining petitioner's objections to the certificate, Schlueter appeals. Dismissed.

Argued before VAN BRUNT, P. J., and RUMSEY, PATTERSON, and O'BRIEN, JJ.

Joseph F. Daly, for appellant.
Benjamin Patterson, for respondent.

PER CURIAM. The examination of this case does not disclose any questions of moment the decision of which would be likely to pre-

vent future embarrassment or subsequent dissensions; and as the election has been held, and the questions in this case have become purely academic, and as no question of costs is involved, it is not necessary that they should be considered.

The appeal is therefore dismissed, without costs.